UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CORY MCCOY                                                                                               PETITIONER

V.                                                        CIVIL ACTION NO.: 3:18-CV-00523-DPJ-FKB

MR. CHRISTOPHER RIVERS                                                                       RESPONDENT

ORDER

Petitioner Cory McCoy filed this habeas petition under 28 U.S.C. § 2241, challenging the computation of his sentence by the Bureau of Prisons.  The matter is now before the Court on the Report and Recommendation [11] of Magistrate Judge F. Keith Ball.  Judge Ball found BOP correctly calculated McCoy's sentence and recommended denying his claim for relief and dismissing his petition with prejudice.  McCoy did not file an objection, and the time to do so has passed.[1]

The Court, having fully reviewed the unopposed Report and Recommendation [11], finds that it should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation [11] of United States Magistrate Judge F. Keith Ball be adopted as the finding of the Court.  This action is dismissed with prejudice.  A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 23rd day of August, 2021.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Two copies of the R&R [11] were mailed to McCoy—one to the address on the docket (FCI-Yazoo City Low) and one to the address listed on the BOP website (FCI McDowell in Welch, WV).  The R&R [11] sent to Yazoo City was returned as undeliverable on August 9, 2021.  Returned Mail [12] (reflecting 39194 zip code).  To date, the R&R sent to Welch, WV, has not been returned.